36 So.2d 606

**Ex parte W. E. GRADY et al.**

8 Div. 457.

Supreme Court of Alabama.

July 13, 1948.

J. N. Powell, of Hartselle, for petitioners.

GARDNER, Chief Justice.

Rule nisi denied.

38 So.2d 193

**Marie A. GUENTHER v. Frederick A. GUENTHER.**

I Div. 328.

Supreme Court of Alabama.

Nov. 12, 1948.

Rickarby & Rickarby, of Fairhope, for appellant.

H. M. Hall, of Bay Minette, for appellee.

PER CURIAM.

Appeal abated by death of parties

39 So.2d 52

**Ex parte James Albert GUY.**

6 Div. 835.

Supreme Court of Alabama.

Jan. 18, 1949.

John A. Altman, of Carrollton, for petitioner.

Per Curiam.

Writ denied.

38 So.2d 193

**Frank M. GUY v. Annie Lee GUY.**

5 Div. 458.

Supreme Court of Alabama.

Dec. 20, 1948.

PER CURIAM.

Appeal dismissed, motion of appellant.

38 So.2d 193

**W. H. HOLCOMBE v. Bessie Lee REYNOLDS.**

I Div. 342.

Supreme Court of Alabama.

Oct. 28, 1948.

Vickers, Leigh & Thornton, of Mobile, for appellant.

J. Terry Reynolds, Jr., of Mobile, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

36 So.2d 606

**Ex parte Brents JOINER (Joiner Furniture Co.)**

6 Div. 751.

Supreme Court of Alabama.

May 24, 1948.

Phil Joiner, of Birmingham, for petitioner.

PER CURIAM.

Rule nisi denied.

GARDNER, C. J., and BROWN, LIVINGSTON, and STAKELY, JJ., concur.